PHILLIP A. TALBERT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Jun 13, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>                  Plaintiff,<br><br>   v.<br><br>JOSE OMAR ARREDONDO-GARCIA,<br>GREGORIO ONTIVEROS VERDUGO,<br>JOSE MANUEL ONTIVEROS VERDUGO,<br>ALBERTO NAVARRO ZAPATA, and<br>WILFREDO F. REYES,<br><br>                  Defendant. | CASE NO.   2:23-mj-0092 CKD<br><br>SEALING ORDER<br><br>**UNDER SEAL** |

### S E A L I N G   O R D E R

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: June 13, 2023

_____
Hon. Carolyn K. Delaney
U.S. MAGISTRATE JUDGE